FREDERICK BURNETT, Respondent, v. DE KALB-HUDSON CORPORATION, Appel-

lant. HARRY ROSENBLUM, Defendant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.